No. 396, Misc.  LEWIS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *H. Elliot Wales* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 398, Misc.  EARP v. OREGON.  Sup. Ct. Ore. Certiorari denied.

No. 400, Misc.  BLACK v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 401, Misc.  WILLIAMSON v. NEW MEXICO.  Sup. Ct. N. M.  Certiorari denied.

No. 402, Misc.  HOSKINS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 404, Misc.  VAUGHN v. TRUJILLO, SHERIFF, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 406, Misc.  WILLIAMS v. FIELD, MEN'S COLONY SUPERINTENDENT, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 407, Misc.  FOX v. OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 450, Misc.  BOWMAN v. FIRST NATIONAL BANK OF HARRISONBURG ET AL.  C. A. 4th Cir.  Certiorari denied. *L. J. H. Herwig* for petitioner.  *W. W. Wharton* for respondents First National Bank of Harrisonburg et al., and *Solicitor General Griswold* for respondent White.